DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JAMES LAMAR WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1197

————————————————

September 26, 2025

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and Jean-Jacques A. Darius, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


KELLY, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.